Arthur L. ROSE, as Trustee in Bankruptcy of A. T. KEYWAN, Inc., Plaintiff-Appellee, v. H. MICHAELYAN, Inc., Defendant-Appellant.

No. 169.

Circuit Court of Appeals, Second Circuit.

Jan. 23, 1933.

For opinion on former appeal, see 57 F.(2d) 674.

Spalding & McCabe, of New York City (Lyman A. Spalding, of New York City, of counsel), for appellant.

David Haar, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

In the matter of the Application of James RYAN for a Writ of Mandamus Directed to the Honorable Harry Hollzer, Judge of the District Court of the United States for the Southern District of California, and to the said District Court of the United States for the Southern Dist. of California.

No. 7054.

Circuit Court of Appeals, Ninth Circuit.

Jan. 19, 1933.

Otto Christensen, of Los Angeles, Cal., for petitioner.

Before WILBUR and SAWTELLE, Circuit Judges and ST. SURE, District Judge.

PER CURIAM.
Upon motion, ordered petition for leave to file petition for mandamus granted, and petition for mandamus filed. Upon consideration thereof, ordered petition for writ of mandamus denied.

Stoyou Stoyeff SARALIEFF, Appellant, v. UNITED STATES of America.

No. 9572.

Circuit Court of Appeals, Eighth Circuit.

Dec. 10, 1932.

See, also, 59 F.(2d) 436.

E. M. Grossman and F. Warner Fischer, both of St. Louis, Mo., for appellant.

Louis H. Breuer, U. S. Atty., of Rolla, Mo., and B. Purteet, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.
Appeal dismissed, without costs to either party in this court, on motion of counsel for appellee under Rules 23 and 24.

SEVERS HOTEL COMPANY v. COMMISSIONER OF INTERNAL REVENUE.

No. 663.

Circuit Court of Appeals, Tenth Circuit.

Sept. 14, 1932.

Charles D. Hamel and Alan E. Gray, both of Washington, D. C., and James B. Malone, of Springfield, Ohio, for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Elden McFarland, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed for failure to prosecute.